UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-61613-CIV-WJZ

ALBERTO CERQUEIRA DE ARAUJO
COSTA and all others similarly situated under
29 U.S.C. 216(b),

Plaintiff,

vs.

FOOD COURT BY BRAZILIAN DEPOT,
INC., DENISE V DE OLIVEIRA,
ERLOCIO DE OLIVEIRA,

Defendants.
_______________________________________/

**RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, FOOD COURT BY BRAZILIAN DEPOT, INC., DENISE V. DE OLIVEIRA, and ERLOCIO DE OLIVEIRA, pursuant to this Court's Order dated August 11, 2015 [D.E. 8] files their Response to Plaintiff's Statement of Claim, as follows:

Plaintiff worked 8 hours per day, 6 days per week, for a total of 48 hours per week. Plaintiff was paid sufficient funds to cover $11.50 per hour, and $17.25 per overtime hour, for every hour that he worked.

DATED this **2nd** day of **September,** 2015.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**
*Attorneys for Defendants*
Wells Fargo Tower – Suite 1500
One East Broward Blvd.
Fort Lauderdale, FL 33301
PH: (954) 745-0588

By: *_/s/ Nolan K. Klein_*
NOLAN K. KLEIN
Florida Bar No. 647977
klein@nklegal.com
amy@nklegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **2nd** day of **September**, 2015.

By: *_/s/ Nolan Klein_*
NOLAN KLEIN, ESQUIRE
Florida Bar No. 647977

**SERVICE LIST:**

**K. DAVID KELLY, ESQUIRE**
Florida Bar No. 0123870
**J.H. ZIDELL, P.A.**
300 71st Street, #605
Miami Beach, FL 33141
PH: (305) 865-6766
FAX: (305) 865-7167
***Attorney for Plaintiff***
**david.kelly38@rocketmail.com**