UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-61613-CIV-WJZ

ALBERTO CERQUEIRA DE ARAUJO
COSTA and all others similarly situated under
29 U.S.C. 216(b),

Plaintiff,

vs.

FOOD COURT BY BRAZILIAN DEPOT,
INC., DENISE V DE OLIVEIRA,
ERLOCIO DE OLIVEIRA,

Defendants.
_______________________________________/

**ANSWER AND AFFIRMATIVE DEFENSES**

Defendants, FOOD COURT BY BRAZILIAN DEPOT, INC., DENISE V. DE OLIVEIRA, and ERLOCIO DE OLIVEIRA ("Defendants"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure, hereby files their Answer and Affirmative Defenses to Plaintiff's Amended Complaint, as follows:

1. Unknown therefore denied.
2. Unknown therefore denied.
3. Admitted as to the first sentence. Unknown therefore denied as to the second sentence.
4. Denied.
5. This is a legal conclusion or statement of law, and not an allegation of fact; to the extent that this paragraph must be admitted or denied, it is denied.
6. Unknown therefore denied.
7. Denied.

8. Admitted for jurisdictional purposes only.
9. This is a legal conclusion or statement of law, and not an allegation of fact; to the extent that this paragraph must be admitted or denied, it is denied.
10. Denied.
11. Denied.
12. Denied.
13. Unknown therefore denied as to Plaintiff's information and belief.
14. Unknown therefore denied as to Plaintiff's information and belief.
15. Unknown therefore denied as to Plaintiff's information and belief.
16. Denied.
17. Denied.
18. Denied.
19. Denied.
20. Denied.
21. Denied.
22. Denied.

**AFFIRMATIVE DEFENSES**

As and for their affirmative defenses, Defendants state:

1. Defendants had a reasonable, good faith belief that they were not violating the FLSA and/or the Florida Minimum Wage Act, and are therefore not liable for liquidated damages.
2. Plaintiff's claims are barred because Defendant acted in good faith in conformity with and in reliance on written administrative regulations, orders, rulings, approvals and/or interpretations of the Administrator of the Wage and Hour Division of the Dept. of Labor.

3. Plaintiff's claims are barred to the extent that any hours worked by the Plaintiff over forty hours in any particular workweek was without knowledge, either actual or constructive of the Defendants.
4. To the extent Plaintiff obtains any recovery based on any FLSA claim, Plaintiff's claims for attorney's fees and costs are barred based on the authority of Goss Killian v. Oaks House of Learning, 248 F. Supp. 2d 1162 (S.D. Fla. 2003).
5. Plaintiff's claims for damages, if any, are barred because Defendants at all times acted in good faith and had reasonable grounds for believing that all policies and practices were not violations of the FLSA and/or the Florida Minimum Wage Age Act. The claims asserted by Plaintiff are barred by the doctrines of estoppel and/or estoppel by silence to the extent that Plaintiff actually worked hours in excess of those which are known to Defendants, inasmuch as Defendants are unaware of Plaintiff having worked any amount of hours approaching the number alleged in the Complaint.
6. Defendants are entitled to a set off for any money received by Plaintiff by virtue of any collateral source benefits, including but not limited to any monies received by Plaintiff from Worker's Compensation, insurer or agency that provided unemployment compensation benefits covering the applicable time periods raised by Plaintiff's complaint.
7. Plaintiff's claim is barred in whole or in part in that Plaintiff failed to mitigate his damages, if any.
8. Plaintiff's claims are barred in whole or in part because Defendant properly paid Plaintiff all bona fide wages earned for work performed, and therefore was not in violation of the FLSA.

## RESERVATION OF RIGHTS

Defendants hereby reserve the right to add or amend affirmative defenses as and if necessary during the course of discovery in this case.

WHEREFORE, for the foregoing reasons, Defendants, FOOD COURT BY BRAZILIAN DEPOT, INC., DENISE V. DE OLIVEIRA, and ERLOCIO DE OLIVEIRA respectfully request that this Court enter judgment in their favor, and grant Defendants all such other and further relief as this Court deems just and proper including but not limited to an award of all of Defendants' reasonable attorney's fees and costs incurred in defending this action, and all such other relief as is deemed just and equitable under the circumstances.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**
*Attorney for Defendants*
Wells Fargo Tower – Suite 1500
One East Broward Blvd.
Fort Lauderdale, FL 33301
PH: (954) 745-0588

By: *_/s/ Nolan K. Klein_*
NOLAN K. KLEIN
Florida Bar No. 647977
klein@nklegal.com
amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF this **22nd** of **September**, 2015.

By: *_/s/ Nolan K. Klein_*
NOLAN K. KLEIN
Florida Bar No. 647977

**SERVICE LIST:**

**K. DAVID KELLY, ESQUIRE**
Florida Bar No. 0123870
**J.H. ZIDELL, P.A.**
300 71st Street, #605
Miami Beach, FL 33141
PH: (305) 865-6766
FAX: (305) 865-7167
***Attorney for Plaintiff***
**david.kelly38@rocketmail.com**